1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9  | L. M. DANIELS, II,                          CASE NO. 1:11-cv-01544-LJO-GBC (PC)

10 |            Plaintiff,                       NOTICE OF ERRATUM

11 |     v.                                      Doc. 10

12 | JONATHON RENSHAW,

13 |            Defendants
                                             /
14

15     The findings and recommendations filed on November 18, 2011, (Doc. 10) is amended at

16 page 1, line 9 to reflect that the case number should read as 1:11-cv-01544-LJO-GBC rather than

17 1:07-cv-01390-LJO-GBC.

18

19 IT IS SO ORDERED.

20
   Dated:    December 22, 2011
21                                              _____
                                                UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

1