1
2
3
4
5
6
## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. M. DANIELS, II, | CASE NO. 1:11-cv-01544-LJO-GBC (PC) |
| Plaintiff, | NOTICE OF ERRATUM |
| v. | Doc. 10 |
| JONATHON RENSHAW, | |
| Defendants | |

The findings and recommendations filed on November 18, 2011, (Doc. 10) is amended at page 1, line 9 to reflect that the case number should read as 1:11-cv-01544-LJO-GBC rather than 1:07-cv-01390-LJO-GBC.

IT IS SO ORDERED.

Dated:   December 22, 2011

UNITED STATES MAGISTRATE JUDGE

1